**FILED**

OCT - 8 2009

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              )
                                                    )
                                                    )        Case No. 09 B 09893
KDK, INC. D/B/A VIVO RESTAURANT      )
                                                    )
                                                    )
                                                    )        Chapter 11
                                                    )
Debtor.                                             )

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO QUERRY & HARROW, LTD., ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $26,538.50 | TOTAL COSTS REQUESTED: | $1,042.75 |
| TOTAL FEES REDUCED: | $34.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $26,504.50 | TOTAL COSTS ALLOWED: | $1,042.75 |

**TOTAL FEES AND COSTS ALLOWED: $27,547.25**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

(1)    **Clerical Work Not Compensable**
The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). See also *In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: _____, 2009

_____
Eugene R. Wedoff
United States Bankruptcy Judge

8  OCT 2009

1

# Querrey & Harrow

175 West Jackson Blvd. - Suite 1600
Chicago, Illinois 60604-2827
312-540-7000

www.querrey.com

Tax I.D. No. 36-2777440

Please provide invoice number on remittance check

KDK, Inc.
838 West Randolph Street
Chicago, IL  60607

Attn:  Dan Krasny

CLIENT NUMBER - 03364 - 020

RE:    KDK, Inc. Chapter 11 Bankruptcy
       CMR Number                        39937000

FOR PROFESSIONAL SERVICES RENDERED

BILLING ATTORNEY   - RRB

INVOICE # :  492852

AUGUST 3, 2009

MATTER # 39937

| Task | Date | Services | Init | Hours | Amount |
|---|---|---|---|---|---|
| Administration | | | | | |
| ADM | 3/23/09 | Review facsimiles and e-mails from client with additional data needed for schedules. | RRB | .50 | 160.00 |
| ADM | 3/23/09 | Assemble data and complete schedules. | RRB | 2.00 | 640.00 |
| ADM | 3/23/09 | Call to D. K. regarding opening new DIP account and providing case number. | RRB | .30 | 96.00 |
| ADM | 3/23/09 | Update revisions to schedules. Prepare and file schedules. | KCS | 1.00 | 85.00 |
| ADM | 3/24/09 | Phone call from D. Krasny regarding DIP account, and deposits/withdrawals. (5 min). | KCS | .10 | 8.50 |
| ADM | 3/24/09 | Determine fax numbers of twenty largest creditors, input information into service list for Emergency Motion. | KCS | .40 | 34.00 |
| ADM | 3/25/09 | Return call to D.K. discuss emergency motion for use of cash collateral; continuing operations and effect on 840 15 | RRB | .30 | 96.00 |

(1)