# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **KDK, INC. d/b/a Vivo Restaurant,** | ) | **Case No. 09 B 09893** |
| | ) | |
| Reorganized Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: March 31, 2010 |
| | ) | Motion Time:  10:00 a.m. |

## NOTICE OF MOTION

TO:    See attached

PLEASE TAKE NOTICE THAT on March 31, 2010 at the hour of 10:00 a.m., **MOTION FOR ENTRY OF FINAL DECREE ORDER**, shall be heard by the Honorable Judge Eugene R. Wedoff of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 744 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

QUERREY & HARROW, LTD.

## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion was served upon the person to whom it is addressed by electronically filing it with the Court using the CM/ECF system, which sent notice to all parties of interest participating in the CM/ECF system on March 24, 2010 and to all remaining parties via U.S. Mail.

/s/*Beverly A. Berneman*
Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

## SERVICE LIST

Cameron S. Gulden
Office of the U.S. Trustee
219 S. Dearborn, Suite 873
Chicago, IL 60604

Joel F. Handler, Esq.
55 W. Wacker Drive, Suite 950
Chicago, IL 60601

Jeffrey S. Burns
Crowley Barrett & Karaba, Ltd.
20 S. Clark Street, Suite 2310
Chicago, IL 60603-1806

Jeffrey B. Rose
Bruce L. Wald
Tishler & Wald, Ltd
200 S Wacker Drive, Suite 3000
Chicago, IL 60606

840 W. Randolph LLC
c/o Sam Psimoulis
1340 Indian Hills Drive
Bensenville, IL 60106

A New Dairy, Inc.
1234 W Randolph
Chicago, IL 60607

Accountemps
Div. of Robert Half International
5720 Stoneridge Dr, Ste 3
Pleasanton CA 94588
Attn: Mary Gonzalez

Alliance Bakery
1736 W. Division
Chicago, IL 60622

Andrews Paper Co.
845 W Randolph
Chicago, IL 60607

Angelo Gelato Italiano Inc.
570 County Line Rd.
Bensenville, IL 60106

Avaya Financial Services
P.O. Box 93000
Chicago, IL 60673-0001

Baumgartner Co.
C/O Teller, Levit and Silvertrust
11 East Adams Street
Chicago, IL 60607

Boelter Co
P O Box 1451
Milwaukee WI 53201-1451

Boelter Company
N22W23685 Ridgeview Pkwy W
Waukesha WI 53188-1013

CEDA
208 S. LaSalle Street, Suite 1900
Chicago, IL 60604

Chicago Beverage Sys.
441 N. Kilbourn
Chicago, IL 60624

Chicago Messenger
3188 Eagle Way
Chicago, IL 60678-1318

Chicagoland Beverage Co.
2056 W. Walnut St.
Chicago, IL 60612

Ciccone Food Products Inc
40 W. Fullerton Ave.
Addison, IL 60101-3712

CIT Communications Finance Corp
1 CIT Drive Suite 4204
Livingston NJ 07039
Attn: Bankruptcy Dept

Cream Wine Co.
118 N. Peoria, 3rd Fl.
Chicago, IL 60607

Creative Business Solutions, Inc.
2731 Floral Tr.
Long Beach, IN 46360

Creative Equipment Funding LLC
PO Box 650
Hopkins, MN 55343-0650

Crowley, Barrett & Karaba, Ltd.
Attn: Scott D.H. Redman
20 S. Clark Street, Suite 2310
Chicago, IL 60603

D'Amatos Bakery
1125 W Grand Ave.
Chicago, IL 60622

Dan Krasny
1017 W. Washington #2K
Chicago, IL 60607

Daniel's Shop of Horrors
Daniel Simonelli
1640 W. Hubbard
Chicago, IL 60622

Dataworks
4550 S. Windermere St
Englewood, CO 80110-5541

Ecolab-Institutional
PO Box 70343
Chicago, IL 60673-0343

Ecolab-Puritan
PO Box 100512
Pasadena, CA 91189-0512

Empire Cooler Service, Inc.
940 W. Chicago Ave.
Chicago, IL 60622

Expedition Wine & Spirits LLC
5215 N. Ravenswood #311
Chicago, IL 60640

Fifth Third Bank
Bankruptcy Department/MD#RSCB3E
1830 E Paris SE
Grand Rapids MI 49546

Filter Brite
3851 Clearview Ct. Ste D
Gurnee, IL 60031

Fire Science Techniques
P.O. Box 217
Oak Forest, IL 60452

First Bank & Trust
Attn: Rich Schuler
300 East Northwest Highway
Palatine, IL 60067

Main Street Bank
Creative Equipment Funding
23970 HWY 59 North
Kingwood, Texas 77339

First Season, Inc
2254 N. Elston
Chicago, IL 60614

H. Enterprises
1658 N. Milwaukee #170
Chicago, IL 60647-5412

Herzog Restaurant Equipment
1034 W. Madison
Chicago, IL 60607

Illinois Department of Revenue
Bankruptcy Unit
100 W. Randolph St., #7-400
Chicago, IL 60601

Illinois Restaurant Association
200 N. LaSalle
Suite 880
Chicago, IL 60601

Image Worldwide, Inc.
111 W. Maple Street #1101
Chicago, IL 60610

Indiana Insurance Company
PO Box 7906
Loveland, OH 45140-7906

Industrial Door Company of Chicago
1555 Landmeier Road
Elk Grove Village, IL 60007

Isola Imports
4525 S. Tripp Ave.
Chicago, IL 60632

J & S Produce
2300 W. Lake St. Unit A
Chicago, IL 60612

Judge & Dolph, Inc.
1925 BUSSE RD.
Elk Grove Village, IL 60007

Land Rover Capital Group
c/o Sherman & Sherman
120 S LaSalle
Chicago IL 60603

Maverick Wine Company
401 Eastern Ave.
Bensenville, IL 60106

Mickey's Linen & Towel Supply
4601 W Addison St.
Chicago, IL 60641

Nick Kanaris
1705 Freedom Court
Mount Prospect, IL 60056

Modern Luxury Media (8714)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326

Open Table.com
Payment Lockbox
P.O. Box 49322
San Jose, CA 95161-9322

Novovino Wine Co. LLC
630 N. Franklin Ste 1001
Chicago, IL 60610

Peoples Gas
Chicago, IL 60687-0001

PCI
PO Box 3353
San Dimas, CA 91773-7353

Plitt Company
Dept. 20-1108
P.O. Box 5940
Carol Stream, IL 60197-5940

Perfect Pasta Inc.
31 Fairbank Unit A
Addison, IL 60101

Prime Time Sports LLC
2819 W. Kirchoff Rd
Rolling Meadows, IL 60008

Plitt Company of Chicago
c/o Shaw Gussis Fishman Glantz Wolfson &
Attn: Steven Towbin & Allen Guon
321 N. Clark Street, Suite 800
Chicago, IL 60654

R.L. Schreiber, Inc.
1741 N.W. 33rd St.
Pompano Beach, FL 33064

Quality Food Products
172 N. Peoria
Chicago, IL 60622

Skyline Plumbing
1538 Elliot St.
Park Ridge, IL 60068

Safegurad Business Systems
P.O. Box 937
Berea, OH 44017

Southern Wine & Spirits of Illinois
P.O. Box 2971
Chicago, IL 60674-2971

Sotiros Foods, Inc.
12560 S. Holiday Dr. Suite B
Alsip, IL 60803-3248

Staples
P.O. Box 9020
Des Moines, IA 50368-9020

SS&G Financial Services Inc
32125 Solon Rd
Solon OH 44139

Stock Yards Packing Co.
72045 Eagle Way
Chicago, IL 60678-1720

State Farm Ins.
2702 Ireland Grove Rd.
Bloomington, IL 61709

The Plitt Company
c/o Coface North America, Inc.
50 Millstone Road
Bldg 100 - Ste 360
East Windsor, NJ 08520

TCF Equipment Finance
11100 Wayzata Blvd Ste 801
Minnetonka, MN 55305

Unisource
38729 Eagle Way
Chicago, IL 60678-1387

Tusco.net
161 W. Highland Ave.
New Philadelphia, OH 44663

Up N Adam Service Supply
143 S Wheeling Rd
Wheeling IL 60090

Up N Adam Service Supply
622 S. Wheeling Road
Wheeling, IL 60090

Vintage Wines LLC
2700 S. River Rd. Suite 200
Des Plaines, IL 60018

Veolia Environmental Services
P.O. Box 6484
Carol Stream, IL 60197-6484

Wine D.O.C. Wine Company
PO BOX 257639
Chicago, IL 60625

Viola Imports, Inc.
P.O. Box 185
Elk Grove Village, IL 60009-0185

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **KDK, INC. d/b/a Vivo Restaurant,** | ) | **Case No. 09 B 09893** |
| | ) | |
| Reorganized Debtor. | ) | Honorable Eugene R. Wedoff |
| | ) | Motion Date: March 31, 2010 |
| | ) | Motion Time:  10:00 a.m. |

## MOTION FOR ENTRY OF
## FINAL DECREE ORDER

Debtor, KDK, INC. d/b/a Vivo Restaurant ("Reorganized Debtor") by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On March 23, 2009, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On October 8, 2009, this Court entered an order confirming Debtor's Plan with further amendments contained in the confirmation order ("Confirmed Plan"). On December 23, 2009, this Court entered an order granting Debtor's motion to modify the Confirmed Plan. The modified Confirmed Plan provides for a distribution of 15% *pro rata* to unsecured creditors.

3. Debtor has made initial distributions under the plan. Debtor will file a report of distribution prior to the hearing on this motion.

4. There are no further matters for this Court to administrate.

WHEREFORE, Debtor, KDK, INC. d/b/a Vivo Restaurant, prays as follows:

A. That this Court enter a final decree order; and

    B.    For such other and further relief as this Court deems just and proper.

ALLIANCE STAFFING, INCORPORATED d/b/a ALLIANCE HUMAN RESOURCE SERVICES

 /s/  *Beverly A. Berneman*  
    Beverly A. Berneman  
    One of its attorneys

QUERREY & HARROW, LTD.  
Attorney for Debtor  
175 West Jackson Boulevard, Suite 1600  
Chicago, Illinois  60604  
(312) 540-7000