## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | |
| **KDK, INC. d/b/a Vivo Restaurant,** | ) | **Case No. 09 B 09893** |
| | ) | |
| **Reorganized Debtor.** | ) | **Honorable Eugene R. Wedoff** |

### FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, KDK, INC. d/b/a Vivo Restaurant ("Reorganized Debtor") for entry of a final decree order, the Reorganized Debtor and the Court being duly advised in the premises:

THE REORGANIZED DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On March 23, 2009, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On October 8, 2009, this Court entered an order confirming Debtor's Plan with further amendments contained in the confirmation order ("Confirmed Plan"). On December 23, 2009, this Court entered an order granting Debtor's motion to modify the Confirmed Plan. The modified Confirmed Plan provides for a distribution of 15% *pro rata* to unsecured creditors.

3. Debtor has made initial distributions under the plan.

4. Debtor has filed a final report of distribution.

5. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

A. The Reorganized Debtor is released and discharged from the debts which arose prior to the filing of this case subject to the terms of the modified Confirmed Plan; and



■    The estate is closed.

DATED: 3/31/10

_____
U.S. Bankruptcy Judge

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000